**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Tracy PETERSON, Defendant–**
**Appellant.**

No. 12–7932.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 18, 2013.

Decided: April 22, 2013.

Tracy Peterson, Appellant Pro Se. Jennifer P. May–Parker, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINSON, GREGORY, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tracy Peterson appeals the district court's order denying relief on his 28 U.S.C.A. § 2255 (West Supp.2012) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Peterson v. United States*, Nos. 5:04–cr–00167–BO–4; 5:12–cv–00270–BO, 2012 WL 3903742 (E.D.N.C. Sept. 7, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*